# UNITED STATES BANKRUPTCY COURT
## Western District of Washington (Tacoma)

In re  Robin Colette Inman  
Debtor

Case No. 13-47844  
Chapter 13

## Notice of Postpetition Mortgage Fees, Expenses, and Charges

If you hold a claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any postpetition fees, expenses, and charges that you assert are recoverable against the debtor or against the debtor's principal residence. File this form as a supplement to your proof of claim. See Bankruptcy Rule 3002.1.

**Name of creditor:** NATIONSTAR MORTGAGE, LLC

**Last four digits** of any number you use to identify the debtor's account: 6606

**Court claim no.** (if known): 6

**Does this notice supplement a prior notice of postpetition fees, expenses, and charges?**

☒ No  
☐ Yes. Date of the last notice: _____

### Part 1: Itemize Postpetition Fees, Expenses, and Charges

Itemize the fees, expenses, and charges incurred on the debtor's mortgage account after the petition was filed. Do not include any escrow account disbursements or any amounts previously itemized in a notice filed in this case or ruled on by the bankruptcy court.

| Description | Dates incurred | Amount |
|---|---|---|
| 1. Late charges | | (1) $ 0.00 |
| 2. Non-sufficient funds (NSF) fees | | (2) $ 0.00 |
| 3. Attorney fees | 01-06-2014 | (3) $ 750.00 |
| 4. Filing fees and court costs | | (4) $ 0.00 |
| 5. Bankruptcy/Proof of claim fees | | (5) $ 0.00 |
| 6. Appraisal/Broker's price opinion fees | | (6) $ 0.00 |
| 7. Property inspection fees | | (7) $ 0.00 |
| 8. Tax advances (non-escrow) | | (8) $ 0.00 |
| 9. Insurance advances (non-escrow) | | (9) $ 0.00 |
| 10. Property preservation expenses. Specify: | | (10) $ 0.00 |
| 11. Other. Specify: | | (11) $ 0.00 |
| 12. Other. Specify: | | (12) $ 0.00 |
| 13. Other. Specify: | | (13) $ 0.00 |
| 14. Other. Specify: | | (14) $ 0.00 |

The debtor or trustee may challenge whether the fees, expenses, and charges you listed are required to be paid. See 11 U.S.C. § 1322(b)(5) and Bankruptcy Rule 3002.1.

## Part 2: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this Supplement applies.

Check the appropriate box:

☑ I am the creditor.

☐ I am the creditor's authorized agent. (Attach a copy of power of attorney, if any.)

I declare under penalty of perjury that the information provided in this Notice is true and correct to the best of my knowledge, information, and reasonable belief.

✗ /s/ Jonathan Williams                                    Date  05/16/2014
Bankruptcy Specialist

Specific Contact Information:          Nationstar Mortgage, LLC.
P: 877-782-7612                        PO Box 630267
jonathan.williams@nationstarmail.com
                                       Irving, TX 75063

830969-3a9eebc6-9625-40ba-a7dc-3c13b973958e

# UNITED STATES BANKRUPTCY COURT

Western District of Washington (Tacoma)

Chapter 13 No. 13-47844

In re:                                                  Judge: Brian D Lynch

Robin Colette Inman

                                          Debtor(s).

## CERTIFICATE OF SERVICE

I hereby certify that on May 16, 2014, I have served a copy of this Notice and all attachments to the following by U.S. Mail, postage pre paid, or via filing with the US Bankruptcy Court's CM ECF system.

Debtor:               Robin Colette Inman
                          4303 57th St Ct E
                          Tacoma, WA 98443

Debtor's Attorney:    John A Sterbick
                          Attorney at Law
                          1010 South I Street
                          Tacoma, WA 98405

Trustee:            David M Howe
                          1551 Broadway, Ste 600
                          Tacoma, WA 98402

/s/ Bill Taylor

Authorized Agent