| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | **Robin Colette Inman** |
| Debtor 2 (Spouse, if filing) | |
| Unites States Bankruptcy Court for the: | **Western District of Washington** (State) |
| Case Number: | **13-47844-BDL** |

# Form 4100N
# Notice of Final Cure Payment     10/15

**File a separate notice for each creditor.**

**According to Bankruptcy Rule 3002.1(f), the trustee gives notice that the amount required to cure the prepetition default in the claim below has been paid in full and the debtor(s) have completed all payments under the plan.**

### Part 1: Mortgage Information

**Name of creditor:** NATIONSTAR MORTGAGE LLC

**Court claim no.** (if known): 6

**Last 4 digits** of any number you use to identify the debtor's account: 6 6 0 6

**Property Address:** 4303 57th St Ct E
Tacoma, WA 98443

### Part 2: Cure Amount

**Total cure disbursments made by the trustee:**                                            **Amount**

| | | |
|---|---|---|
| a. Allowed prepetition arrearage: | (a) $ | 29,413.40 |
| b. Prepetition arrearage paid by the trustee: | (b) $ | 29,413.40 |
| c. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c): | (c) $ | 750.00 |
| d. Amount of postpetition fees, expenses, and charges recoverable under Bankruptcy Rule 3002.1(c) and paid by the trustee: | (d) $ | 750.00 |
| e. Allowed postpetition arrearage: | (e) $ | -0- |
| f. Postpetition arrearage paid by the trustee: | + (f) $ | -0- |
| g. **Total.** Add lines b, d, and f. | (g) $ | 30,163.40 |

### Part 3: Postpetition Mortgage Payment

*Check one*

☒ Mortgage is paid through the trustee.

Current monthly mortgage payment    $ 1,867.56

The next postpetition payment is due on   01 / 01 / 2019
                                           MM / DD / YYYY

☐ Mortgage is paid directly by the debtor(s).

| **Part 4:** | **A Response Is Required By Bankruptcy Rule 3002.1(g)** |

Under Bankruptcy Rule 3002.1(g), the creditor must file and serve on the debtor(s), their counsel, and the trustee, within 21 days after service of this notice, a statement indicating whether the creditor agrees that the debtor(s) have paid in full the amount required to cure the default and stating whether the debtor(s) have (i) paid all outstanding postpetition fees, costs, and escrow amounts due, and (ii) consistent with § 1322(b)(5) of the Bankruptcy Code, are current on all postpetition payments as of the date of the response. Failure to file and serve the statement may subject the creditor to further action of the court, including possible sanctions.

To assist in reconciling the claim, a history of payments made by the trustee is attached to copies of this notice sent to the debtor(s) and the creditor.

           **x** /s/ Michael G. Malaier                                            Date  11/28/2018
              Signature

Trustee        Michael G. Malaier

Address        1551 Broadway, Suite 600
               Tacoma, WA  98402

Contact phone  (253) 572-6600                          Email

## History Of Payments

**Part 2 - B**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---:|
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 04/30/2014 | 0460062 | Principal Amount Disbursed | 168.65 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 05/30/2014 | 0462635 | Principal Amount Disbursed | 158.12 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 06/30/2014 | 0465251 | Principal Amount Disbursed | 304.59 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 07/31/2014 | 0467734 | Principal Amount Disbursed | 234.00 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 08/29/2014 | 0470210 | Principal Amount Disbursed | 243.31 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 09/30/2014 | 0472702 | Principal Amount Disbursed | 245.90 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 10/31/2014 | 0475183 | Principal Amount Disbursed | 246.58 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 11/26/2014 | 0477532 | Principal Amount Disbursed | 246.73 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 12/31/2014 | 0479966 | Principal Amount Disbursed | 731.12 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 01/30/2015 | 0482390 | Principal Amount Disbursed | 288.44 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 02/27/2015 | 0484730 | Principal Amount Disbursed | 288.43 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 03/31/2015 | 0487184 | Principal Amount Disbursed | 288.10 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 04/30/2015 | 0489630 | Principal Amount Disbursed | 304.71 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 05/29/2015 | 0491985 | Principal Amount Disbursed | 292.99 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 06/30/2015 | 0494247 | Principal Amount Disbursed | 983.39 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 07/31/2015 | 0496570 | Principal Amount Disbursed | 309.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 08/31/2015 | 0498836 | Principal Amount Disbursed | 309.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 09/30/2015 | 0504347 | Principal Amount Disbursed | 309.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 10/30/2015 | 0601043 | Principal Amount Disbursed | 309.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 11/30/2015 | 0603116 | Principal Amount Disbursed | 309.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 12/31/2015 | 0605230 | Principal Amount Disbursed | 1,000.35 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 01/29/2016 | 0607318 | Principal Amount Disbursed | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 02/29/2016 | 0609382 | Principal Amount Disbursed | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 03/31/2016 | 0611518 | Principal Amount Disbursed | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 04/04/2016 | 0611518 | Cancel Principal/Updates Pr | -320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 04/04/2016 | 0612671 | Principal  Comp. Check/Upd | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 04/29/2016 | 0613687 | Principal Amount Disbursed | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 05/31/2016 | 0615748 | Principal Amount Disbursed | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 06/30/2016 | 0617850 | Principal Amount Disbursed | 1,000.35 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 07/29/2016 | 0619886 | Principal Amount Disbursed | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 08/31/2016 | 0621824 | Principal Amount Disbursed | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 09/30/2016 | 0623844 | Principal Amount Disbursed | 320.57 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 10/31/2016 | 0625792 | Principal Amount Disbursed | 307.14 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 11/30/2016 | 0627713 | Principal Amount Disbursed | 990.59 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 12/30/2016 | 0629653 | Principal Amount Disbursed | 469.29 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 01/31/2017 | 0631524 | Principal Amount Disbursed | 524.25 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 02/28/2017 | 0633408 | Principal Amount Disbursed | 524.25 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 03/31/2017 | 0635315 | Principal Amount Disbursed | 524.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 04/28/2017 | 0637186 | Principal Amount Disbursed | 524.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 05/31/2017 | 0638960 | Principal Amount Disbursed | 1,673.09 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 06/30/2017 | 0640765 | Principal Amount Disbursed | 524.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 07/31/2017 | 0642511 | Principal Amount Disbursed | 524.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 08/31/2017 | 0644220 | Principal Amount Disbursed | 524.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 09/29/2017 | 0645928 | Principal Amount Disbursed | 524.26 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 10/31/2017 | 0647652 | Principal Amount Disbursed | 1,655.00 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 11/30/2017 | 0649298 | Principal Amount Disbursed | 512.20 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 12/29/2017 | 0650870 | Principal Amount Disbursed | 512.20 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 01/31/2018 | 0652512 | Principal Amount Disbursed | 512.20 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 02/28/2018 | 0654108 | Principal Amount Disbursed | 512.20 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 03/30/2018 | 0655760 | Principal Amount Disbursed | 512.20 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 04/30/2018 | 0657435 | Principal Amount Disbursed | 512.20 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 05/31/2018 | 0659034 | Principal Amount Disbursed | 1,560.84 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 06/29/2018 | 0660648 | Principal Amount Disbursed | 418.04 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 07/31/2018 | 0662158 | Principal Amount Disbursed | 418.04 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 08/31/2018 | 0663704 | Principal Amount Disbursed | 418.04 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 09/28/2018 | 0665250 | Principal Amount Disbursed | 428.90 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 10/31/2018 | 0666765 | Principal Amount Disbursed | 1,562.64 |
| 18 | NATIONSTAR MORTGAGE LL | First Mortgage Arrears | 11/28/2018 | 0667573 | Principal  (Comp. Check)Do | 1,107.91 |
|  |  |  |  |  | **Total for Part 2 - B:** | **29,413.40** |

**Part 2 - D**

| Claim ID | Name | Creditor Type | Date | Check # | Posting Description | Amount |
|---|---|---|---|---|---|---:|
| 22 | NATIONSTAR MORTGAGE LL | Post Petition Fees | 11/28/2018 | 0667573 | Principal  (Comp. Check)Do | 750.00 |

## History Of Payments

|  | **Total for Part 2 - D:** | 750.00 |

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF WASHINGTON AT TACOMA

| In Re: | Case No. 13-47844-BDL |
|---|---|
| ROBIN COLETTE INMAN, | CERTIFICATE OF MAILING |
| Debtor. | |

I, Jamie Bacon, certify under penalty of perjury under the laws of the United States that on November 28, 2018, I caused to be mailed via regular mail a true and correct copy of the foregoing Notice of Final Cure Payment to the following:

ROBIN COLETTE INMAN
4303 57TH ST CT E
TACOMA, WA  98443

NATIONSTAR MORTGAGE LLC
BANKRUPTCY DEPARTMENT
PO BOX 619094
DALLAS, TX  75261-9741

NATIONSTAR MORTGAGE LLC
ATTN BANKRUPTCY DEPT
PO BOX 619096
DALLAS, TX  75261

MCCARTHY HOLTHUS, LLP
108 1ST AVENUE SOUTH, STE. 300
SEATTLE, WA  98104

The following parties received notice of the Notice of Final Cure Payment via ECF:

UNITED STATES TRUSTEE
JOHN A STERBICK ATTY

Executed at Tacoma, Washington this 28th day of November, 2018.

/s/ Jamie Bacon
Jamie Bacon, for
Michael G. Malaier
Chapter 13 Standing Trustee
1551 Broadway, Suite 600
Tacoma, WA 98402
(253) 572-6600

CERTIFICATE OF MAILING                                    page 1

Case 13-47844-BDL    Doc 28    Filed 11/28/18    Ent. 11/28/18 11:36:37    Pg. 5 of 5